| | |
|---|---|
| 1 | Jonathan D. Baker (Cal. Bar No. 196062) |
| 2 | FARNEY DANIELS LLP |
|   | 411 Borel Ave., Suite 350 |
| 3 | San Mateo, California 94402 |
|   | Telephone: (424) 268-5210 |
| 4 | Facsimile: (424) 268-5219 |
|   | E-Mail: JBaker@farneydaniels.com |

*Attorneys for Plaintiff*
*Brandywine Communications Technologies LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,

　　Plaintiff,

v.

DIGIUM, INC.,

　　Defendant.

Case No. 3:12-cv-04855-JSW

~~[PROPOSED]~~ **ORDER ON JOINT ADMINISTRATIVE MOTION TO STAY ALL DATES BASED ON SETTLEMENT AGREEMENT**

Hon. Jeffrey S. White

The Court, having considered this motion, is of the opinion that the request should be granted.

IT IS THEREFORE ORDERED that all dates and deadlines are hereby stayed and the Case Management Conference hearing currently scheduled for December 14, 2012 is continued for thirty days. to February 1, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: ____December 10____, 2012

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge

~~[PROPOSED]~~ ORDER　　- 1 -　　CASE NO: 3:12-cv-04855