Jonathan D. Baker (Cal. Bar No. 196062)
FARNEY DANIELS LLP
411 Borel Ave., Suite 350
San Mateo, California 94402
Telephone: (424) 268-5210
Facsimile: (424) 268-5219
E-Mail: JBaker@farneydaniels.com

*Attorneys for Plaintiff*
*Brandywine Communications Technologies LLC*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>DIGIUM, INC.,<br><br>Defendant. | Case No. 3:12-cv-04855-JSW<br><br>[PROPOSED] ORDER ON JOINT ADMINISTRATIVE MOTION TO STAY ALL DATES BASED ON SETTLEMENT AGREEMENT<br><br>Hon. Jeffrey S. White |

The Court, having considered this motion, is of the opinion that the request should be granted.

IT IS THEREFORE ORDERED that all dates and deadlines are hereby stayed and the Case Management Conference hearing currently scheduled for December 14, 2012 is continued for thirty days. to February 1, 2013 at 1:30 p.m.

IT IS SO ORDERED.

Dated: December 10, 2012

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
United States District Judge

[PROPOSED] ORDER — - 1 - — CASE NO: 3:12-cv-04855